E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorneys
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5564/2429
    Facsimile: (213) 894-2927/0141
    E-mail:   david.lachman@usdoj.gov
              nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
2/6/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CGM  DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
2/6/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-MJ-00663-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER UNSEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| CHENGUANG GONG, | |
| Defendant. | |

    For good cause shown, IT IS ORDERED THAT:

    The docket, including the complaint and related documents, in the above-titled case be unsealed.

February 6, 2024
DATE

/s/ Joel Richlin
HONORABLE JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

1